William R. Brandt, for appellant; Chester Thomson, for appellee. Opinion by JUSTICE CARROLL. Not to be published in full. Opinion filed May 21, 1954; released for publication June 7, 1954.

## John C. Matthew, Plaintiff-Appellee, v. Leon Croene, Defendant-Appellant.

### Gen. No. 9,941.   (Abstract of Decision.)

Sweeney & Sweeney, Thomas Sweeney, and Brenda Sweeney, for appellant; Flesher & Taylor, for appellee. Opinion by JUSTICE HIBBS. Not to be published in full. Opinion filed May 21, 1954; released for publication June 7, 1954.

## People of State of Illinois, Plaintiff-Defendant in Error, v. Levi Long, Defendant-Plaintiff in Error.

### Gen. No. 9,946.   (Abstract of Decision.)